## Colandra S. COVIN *v.* STATE of Arkansas

CR 97-1035                                            950 S.W.2d 462

Supreme Court of Arkansas
Opinion delivered September 25, 1997

*James R. Marschewski,* for appellant.

No response.

PER CURIAM. The appellant's attorney, James R. Marschewski, has filed a motion for rule on the clerk. The attorney, James R. Marschewski, admits that the transcript was untimely filed due to negligence on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam). A copy of this opinion will be forwarded to the Committee on Professional Conduct.